FILED

2018 JUN 12 PM 12: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| V.                       PLAINTIFF | CR97-00878-SVW |
| LAMONT TARKINGTON | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 12521-112          DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/12/2018 1015    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583(e)(3) SUPERVISED RELEASE VIOLATION

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1955

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: ~~I. DIAZ~~ K. DOMINGO     (please print)

12. Office Phone Number: 213-620-7676         13. Agency: USMS

14. Signature: _/s/_                           15. Date: 6/12/2018

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION