FILED
CLERK, U.S. DISTRICT COURT
JUN 12 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 97-00878-SVW |
| v. Terkinyh | |
| DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint _____Leo James Terrell_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

____June 12, 2018____   ____[signature]____
Date                    Defendant's Signature

_____
City and State

### APPEARANCE OF COUNSEL

I, ____Leo James Terrell____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

____June 12, 2018____      ____[signature]____
Date                       Attorney's Signature

____149693____             ____11870 Santa Monica Blvd____
California State Bar Number  Street Address

                           ____LA CA 90025____
                           City, State, Zip Code

                           ____310-478-3666____  ____310-478-3(?)____
                           Telephone Number       Fax Number

                           ____Civil1975a@aol.com____
                           E-mail Address

CR-14 (01/07)              DESIGNATION AND APPEARANCE OF COUNSEL