# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| 9/9/68 Plaintiff(s) | CR97-00878-SVW |
| v. | |
| LAMONT TYSHAWN TARKINGTON | |
| /2521-112 Defendant(s) | WARRANT FOR ARREST |

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____LAMONT TYSHAWN TARKINGTON_____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

RECEIVED '05 AUG 31 A3:05

in violation of Title __18__ United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | 8/25/05, Los Angeles CA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | |
| Joslyn Bowi | BY: Stephen V. Wilson |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | SUBJECT ARRESTED BY USMS | NAME OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | AND ARRAIGNED ON 6-17-18 IN THE CENTRAL DISTRICT OF CALIF. Los Angeles | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)  PAGE 1 of 2