PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Lamont Tyshawn Tarkington                                 Docket No. 2:97-CR-00878-SVW-1

**Petition on Probation and Supervised Release (Termination by Death)**

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lamont Tyshawn Tarkington who was placed on supervision by the Honorable STEPHEN V. WILSON sitting in the court at Los Angeles, on the 4th day of May, 1998, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgement and Commitment Orders.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(If short insert here; if lengthy write on separate sheet and attach.)

On May 2, 2021, the above-named supervisee died as verified by the Probation Officer.

**PRAYING THAT THE COURT WILL ORDER** supervision terminated.

ORDER OF COURT

Considered and ordered this 24th day of June, 20 21 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE STEPHEN V. WILSON

Respectfully,

/S/ JODIE KNEZ
U.S. Probation & Pretrial Services Officer

Place: Riverside, California

Approved: /S/ ROSA HUERTAS
Supervising U.S. Probation & Pretrial Services Officer

Date: June 24, 2021